**Motion Granted and Order filed November 8, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00715-CR
NO. 14-12-00716-CR
NO. 14-12-00718-CR
NO. 14-12-00719-CR
NO. 14-12-00720-CR
NO. 14-12-00728-CR
_____

**WILBURT DWAINE CASH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

___

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause Nos. 11-DCR-057110, 11-DCR-057111, 11-DCR-056924A, 11-DCR-056925A, & 11-DCR-056926A**

___

## ORDER

The reporter's record in this case was originally due **August 27, 2012**. *See* Tex. R. App. P. 35.1. This court has granted Elizabeth Wittu, the official court reporter, two extensions of time to file the record until October 29, 2012. When the second extension

of time was granted, the court noted that no further extensions of time would be granted absent exceptional circumstances. No reporter's record has been filed. On November 5, 2012, Elizabeth Wittu requested a third extension of time.

The court **GRANTS** a final extension request and issues the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **on or before December 7, 2012. No further extension will be entertained**.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). It is the trial court's responsibility to arrange for a substitute court reporter if necessary to ensure that a reporter's record will be filed within a reasonable time. In addition, if **Elizabeth Wittu** does not timely file the record as ordered, the court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM